BEFORE THE SECOND DIVISION, JUNE 27, 1957

**No. 60955.**—Hensel Bruckmann & Lorbacher, Inc., et al. *v.* United States, protests 273669–K, etc. (New York).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise consists of boxes similar in all material respects to those the subject of Abstract 59557, the merchandise was held dutiable under paragraph 1405, as modified, *supra*, subject to duty at 5 cents per pound and 10 percent ad valorem, if entered for consumption prior to June 6, 1951, or at 2½ cents per pound and 10 percent ad valorem, if entered subsequent to said date, as claimed.

**No. 60956.**—Judson Sheldon Division National Carloading Corporation *v.* United States, protest 287974–K (New York).

Opinion by RAO, J.   The protest was dismissed.

**No. 60957.**—C. P. Stollberg and Rohner Gehrig & Co., Inc. *v.* United States, protests 287822–K and 288515–K (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of veils or veilings similar in all material respects to those the subject of *Elvic Import Corp.* v. *United States* (38 Cust. Ct. 13, C. D. 1837), the claim of the plaintiffs was sustained.